# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

**FILED**
OCT 2 3 2008
William B. Guthrie
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| **BILLY MONROE HICKS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CIV 07-278-RAW |
| ) | |
| **JUSTIN JONES,** ) | |
| ) | |
| Defendant(s). ) | |

## ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff, a prisoner seeking to commence an appeal to the Tenth Circuit Court of Appeals, has filed a motion to proceed *in forma pauperis* and supporting affidavit in conformance with 28 U.S.C. § 1915(a). Having reviewed the motion, the Court finds Plaintiff lacks sufficient funds in his institutional accounts with which to prepay the filing fee or pay an initial partial filing fee, and he is entitled to proceed without full prepayment of the filing fee. The motion, therefore, is GRANTED. However, pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff shall be required to pay the full $455.00 filing fee as set forth below.

**IT IS HEREBY ORDERED** that Plaintiff shall make monthly payments of 20 percent of the preceding month's income credited to his or her prison account(s) until the total filing fee of $455.00 has been paid. 28 U.S.C. § 1915(b)(2). The agency having custody of Plaintiff is hereby directed to collect and forward the monthly payments to the Clerk of the Court when Plaintiff's prison account(s) exceed $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

**IT IS FURTHER ORDERED** that the Clerk of the Court send a copy of this order

to Plaintiff's custodian and the trust fund officer at Plaintiff's institution.

IT IS SO ORDERED this 23rd day of October 2008.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE